707 A.2d 510

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Jeffry Lee KIBE, Petitioner.**

Supreme Court of Pennsylvania.

March 27, 1998.

Timothy L. Clawges, Mechanicsburg, for petitioner.

## ORDER

PER CURIAM.

AND NOW, this 27th day of March, 1998, the petition for allowance of appeal is granted, the judgment of sentence is vacated and the case is remanded to the Cumberland County Court of Common Pleas for a new trial. *See Commonwealth v. Lawson,* 548 Pa. 588, 699 A.2d 1246 (1997); *Commonwealth v. Khorey,* 521 Pa. 1, 555 A.2d 100 (1989).

CASTILLE, J., dissents.